IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MIKE J., | Case No. 6:25-cv-00822-SB |
| Plaintiff, | **ORDER** |
| v. | |
| COMMISSIONER SOCIAL SECURITY ADMINSITRATION, | |
| Defendant. | |

**BECKERMAN, U.S. Magistrate Judge.**

The Court hereby GRANTS Plaintiff Mike J.'s ("Plaintiff") unopposed application (ECF No. 25) for $9,620.67 in attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 596-98 (2010), a federal court's EAJA fee award belongs to the social security claimant and remains subject to offset under the Treasury Offset Program. Consequently, this Court's EAJA fee award belongs to Plaintiff but is subject to offset.

Plaintiff assigned his rights to any court-awarded EAJA fee to his attorney. Thus, if Plaintiff does not owe debt that is subject to offset, the Court's EAJA fee award shall be made payable to Plaintiff or his attorney, Suzanne Gaffke. The Court's EAJA fee award shall also be

mailed to Plaintiff's attorney: Suzanne Gaffke, 250 South Clinton Street, Suite 210, Syracuse, NY 13202.

**IT IS SO ORDERED.**

DATED this 31st of August, 2026.

HON. STACIE F. BECKERMAN
United States Magistrate Judge